**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RICHARD SIMPSON, JR.,** on behalf of himself and all others similarly situated,

      Plaintiff

v.

**LAW OFFICES OF DANIEL C. CONSUEGRA, P.L.,** a Florida Professional Limited Liability Company, and **DYCK-O'NEAL, INC.**, a Texas Corporation,

      Defendants.
_____/

Case No.: 8:14-cv-01946-VMC-AEP

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO DEFENDANT LAW OFFICES OF DANIEL C. CONSUEGRA, P.L.**

COMES NOW the Plaintiff, Richard Simpson, Jr., by and through the undersigned attorneys, pursuant to Rule 1.420(a)(1)(A) of the Florida Rules of Civil Procedure, hereby gives notice of voluntary dismissal of the above-styled case with respect to Defendant Law Offices of Daniel C. Consuegra, P.L.

Respectfully submitted,

**PARKER & DUFRESNE, P.A.**

    /s/ Austin Brown
E. Warren Parker, Jr., Esq.
Florida Bar No. 958506
Austin Brown, Esq.
Florida Bar No. 96633
Parker & DuFresne, P.A.
8777 San Jose Blvd., Ste. 301
Jacksonville, Florida 32217
Telephone: (904) 733-7766
Facsimile: (904) 733-2919

service@jaxlawcenter.com *(primary)*
abrown@jaxlawcenter.com *(secondary)*

**VARNELL & WARWICK, P.A.**

 /s/ Steven T. Simmons Jr.
Steven T. Simmons, Jr.
Florida Bar No.:  0091654
Janet R. Varnell
Florida Bar No.:  0071072
Brian W. Warwick
Florida Bar No.:  0605573
P.O. Box 1870
Lady Lake, FL  32158
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301
ssimmons@varnellandwarwick.com *(primary)*
jvarnell@varnellandwarwick.com *(primary)*
bwarwick@varnellandwarwick.com *(primary)*
marnst@varnellandwarwick.com *(secondary)*

### CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on October 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will transmit Notice of Electronic Filing to counsel of Record.

  /s/ Austin Brown
  Attorney